**CII**
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: Kristina@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRIS LAW FIRM, LLP, a Nevada limited-liability partnership, dba RICHARD HARRIS LAW FIRM; and ROBERT LOPEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED SPINE & REHABILITATION, LLC, a Nevada limited-liability company; ALLIED PAIN & SPINE INSTITUTE, an unknown entity; EAST BAY UPRIGHT MRI, LLC, a California limited-liability company;<br><br>Defendants. | CASE NO.:   22-cv-01536<br><br>**COMPLAINT IN INTERPLEADER**<br><br>*Exempt from Arbitration*<br>***ADR Rule 3A: Equitable Relief*** |

Plaintiffs, HARRIS LAW FIRM, LLP dba RICHARD HARRIS LAW FIRM and ROBERT LOPEZ, by and through their counsel of record, Kristina R. Weller, Esq., of the Richard Harris Law Firm, allege as follows:

1. Plaintiff, HARRIS LAW FIRM, LLP, is a Nevada limited-liability partnership, licensed and doing business in the County of Clark, State of Nevada as RICHARD HARRIS LAW FIRM.

2. Upon information and belief, Plaintiff, ROBERT LOPEZ, is an individual residing in the County of Clark, State of Nevada.

3. Upon information and belief, Defendant, ADVANCED SPINE & REHABILITATION, LLC, is a Nevada limited-liability company duly licensed and doing business in County of Clark, State of Nevada.

4. Upon information and belief, Defendant, ALLIED PAIN & SPINE INSTITUTE, is an unknown entity doing business in the State of California.

5. Upon information and belief, Defendant, EAST BAY UPRIGHT MRI, LLC, is a California limited-liability company duly licensed and doing business in the State of California.

6. Jurisdiction is proper under 28 USC §1335 which indicates that:

> (a) The district courts shall have original jurisdiction of any civil action of interpleader or in the nature of interpleader filed by any person, firm, or corporation, association, or society having in his or its custody or possession money or property of the value of $500 or more, or having issued a note, bond, certificate, policy of insurance, or other instrument of value or amount of $500 or more, or providing for the delivery or payment or the loan of money or property of such amount or value, or being under any obligation written or unwritten to the amount of $500 or more, if
> (1) Two or more adverse claimants, of diverse citizenship as defined in subsection (a) or (d) of section 1332 of this title, are claiming or may claim to be entitled to such money or property…

7. Upon information and belief, Plaintiffs, Robert Lopez, was represented by Plaintiff, Richard Harris Law Firm, for personal injury claims in relation to an accident that occurred in Clark County, Nevada on or about March 24, 2017. Richard Harris Law Firm's representation of Robert Lopez required various attorney's tasks including accumulating medical and other records; analyzing those records; successfully negotiating settlement agreements and collecting the settlement monies; filing a complaint and now filing an interpleader action to ask this Court to distribute those monies.

8. Richard Harris Law Firm settled the action for a total of $7,500.

9. Upon information and belief, Defendant Medical Providers have claims and liens against Plaintiff, Robert Lopez's settlement as follows:

| | | |
|---|---|---:|
| a. | Advanced Spine & Rehabilitation, LLC | 683.00 |
| b. | Allied Pain & Spine Institute | 1,475.00 |
| c. | East Bay Upright MRI, LLC | 3,150.00 |
| | **Total Liens** | **$5,308.00** |

10. Plaintiff, Richard Harris Law Firm, paid in excess of $4,463.04 in litigation costs and will incur an additional estimated $1,000 in costs in the future as a result of this action.

11. By Retainer Agreement, Plaintiff, Robert Lopez, has agreed to pay a contingency fee from the settlement monies at the rate of 40% for the total sum of $3,000 as and for attorney's fees, plus costs.

12. Defendants do, or may assert multiple, conflicting claims to the above-described monies in an amount in excess of the limits recovered.

13. The foregoing claims of Defendants are conflicting, and Plaintiffs are unable to determine which of the respective claims is valid or to whom, if anyone, the money may be paid without risking double or multiple liability.

14. The claims and debts asserted by lienholders are disputed, excessive, invalid and/or not related to the subject interpleader funds.

15. Plaintiff, Richard Harris Law Firm, has incurred and will incur costs and attorney fees in connection with these proceedings.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, as follows:

1. That Plaintiff, Richard Harris Law Firm, be allowed its attorney's fees and costs pursuant to its perfected attorney's lien.

2. The Plaintiff, Richard Harris Law Firm, be allowed its costs incurred in filing and prosecuting this interpleader action.

3. That the Defendants be ordered to interplead and litigate their claims to the above-described money.

4. That judgment be entered precluding the Defendants from any recovery whatsoever regarding the charges incurred as a result of the subject incident which gave rise to the instant Complaint in Interpleader.

5. That the Defendants be restrained, until further order of this court, from instituting or further prosecuting any other proceeding against Plaintiffs in any court affecting the rights and obligations between the parties to this action.

6. That all debts owed to the Defendants shall be discharged in full from the interplead funds.

7. That all amounts owed to any Defendants shall be discharged as well and Plaintiffs shall be obligated to pay Defendants any amount for treatment related to the underlying claim.

. . .

8. That Plaintiffs be permitted to litigate its claim to the above-described money or liability to all of the named and un-named Defendants, DOES I through X, and be otherwise discharged from all liability to all Defendants with respect to the above described money.

9. Plaintiffs be awarded costs and reasonable attorney fees to be determined by the court; and

10. Other relief the court deems just and proper.

Dated: September 14, 2022.

RICHARD HARRIS LAW FIRM

*/s/ Kristina W*

KRISTINA R. WELLER, ESQ.