**ORDG**
KRISTINA WELLER, ESQ.
Nevada Bar No. 7975
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: Kristina@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRIS LAW FIRM, LLP, Nevada limited-liability partnership, dba RICHARD HARRIS LAW FIRM and ROBERT LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED SPINE & REHABILITATION, LLC, a Nevada limited-liability company; ALLIED PAIN & SPINE INSTITUTE, an unknown entity; EAST BAY UPRIGHT MRI, LLC, a California limited-liability company;<br><br>Defendants. | CASE NO.:   22-cv-01536<br><br>**ORDER GRANTING MOTION FOR DISBURSEMENT, DEFAULT JUDGMENT AND DISMISSAL** |

This matter having come regularly before the Court for review upon the Motion of Plaintiff, the Court having examined the Motion, and having reviewed the file, there being no opposition, and good cause appearing,

IT IS HEREBY ORDERED that the full settlement of $7,500 be awarded to Plaintiff for Attorney's fees in the amount of $2,034.66 and costs in the amount of $5,465.34.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff, Harris Law Firm and against the following Defaulted Defendants:

| DEFENDANT | Default |
|---|---|
| Advanced Spine & Rehabilitation, LLC | 4/27/23 |
| Allied Pain & Spine Institute | 4/27/23 |
| East Bay Upright MRI, LLC | 4/27/23 |

IT IS FURTHER ORDERED that this judgment precludes the Defendants from any recovery whatsoever regarding the charges incurred as a result of the subject incident which gave rise to the instant Complaint in Interpleader.

Order Granting Motion for Entry of Default Judgment, Disbursement and Dismissal
*Harris Law Firm, LLP; Robert Lopez v. Advanced Spine & Rahabilitation, LLC,et al.*, 22-CV-01536
Page 1 of 2

1  IT IS FURTHER ORDERED that each of the Defendants be restrained, until further order
2  of this court, from instituting or further prosecuting any other proceeding against Robert Lopez in
3  any court affecting the rights and obligations between the parties to this action.

4  IT IS FURTHER ORDERED that all debts owed to the Defendants shall be discharged in
5  full.

6  IT IS FURTHER ORDERED that all amounts owed to any defaulted parties shall be
7  discharged as well and Robert Lopez shall not be obligated to pay them any monies for treatment
8  related to the underlying claim.

9  IT IS FURTHERED ORDERED, ADJUDGED AND DECREED that pursuant to NRCP
10 54(b), this Default Judgment is a final judgment against all parties.

Dated: December 18, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

RICHARD HARRIS LAW FIRM

_____
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 7975
*Attorneys for Plaintiff*

Order Granting Motion for Entry of Default Judgment, Disbursement and Dismissal
*Harris Law Firm, LLP; Robert Lopez v. Advanced Spine & Rahabilitation, LLC, et al.*, 22-CV-01536
Page 2 of 2